UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTWAN GREEN,

Plaintiff,

-against-

WINSTON BARNETT JR., et al.,

Defendants.

**ORDER**

26-CV-05504 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Antwan Green initiated this action by filing a complaint on June 29, 2026. (Doc. 1). On August 28, 2026, Plaintiff filed an affirmation of service, indicating that Defendant Jason Ayala was served with the summons and complaint on August 26, 2026. (Doc. 5). On September 28, 2026, Plaintiff filed affirmations of service, indicating that Defendants Michael Powe and Winston Barnett, Jr. were served with the summons and complaint on September 23, 2026. (Docs. 6, 7). There has been no activity on the docket since the filing of the affirmations of service.

Accordingly, by December 2, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why he should not pursue default judgment against Defendants Jason Ayala, Michael Powe, and Winston Barnett, Jr.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: White Plains, New York
November 2, 2026

Philip M. Halpern
United States District Judge